**The below described is SIGNED.**

**Dated: February 22, 2011**

*[signature]*
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: <br><br> C. W. MINING COMPANY, *dba* Co-Op Mining Company, <br><br> Debtor. | Bankruptcy Number: 08-20105 <br><br> Chapter 7 |
| KENNETH A. RUSHTON, Chapter 7 Trustee, <br><br> Plaintiff, <br> v. <br><br> DEFENDANTS RE TRACING, including: <br> **08-2338,** Hiawatha Coal Company, Inc. <br> **09-2047,** Standard Industries, Inc., ABM, Inc. Fidelity Funding Company, Security Funding, Inc., World Enterprises, and UtahAmerican Energy, Inc. <br> **09-2248,** C.O.P. Coal Development Company, Hiawatha Coal Company, Inc. And ANR, Inc., Paul Kingston, an individual, Joseph O. Kingston, an individual, and Charles Reynolds, an individual, John David Kingston, Jr., an individual, World Enterprises, Standard Industries, Inc., Fidelity Funding Company, Security Funding, Inc., ABM, Inc. <br> **09-2375,** C.O.P. Coal Development Company, Hiawatha Coal Company, Inc. ABM, Inc., World Enterprises, Standard Industries, Inc., Fidelity Funding Company, Security Funding, Inc., Railco, Inc., A-Fab Engineering, Inc., Latter Day Church of Christ aka Latter Day Church of Jesus | Miscellaneous Adversary Proceeding No. 11-08003 <br><br> [Consolidated Proceedings Regarding Tracing Issues] <br><br> Judge R. Kimball Mosier |

Christ, Intermountain Power Agency, Commonwealth Coal Services, Inc., Nevada Power Company and Tennessee Valley Authority.
**09-2382**,Woodbury & Kesler, P.C., a Utah Professional Corporation; Russell S. Walker, an individual
**10-2704**,PPMC, Inc.
**10-2715**,Applied Industrial Technologies, Inc.
**10-2717**,The Cypher Company, Inc.
**10-2718**,Carl E. Kingston
**10-2719**,ABM, Inc.
**10-2720**,Continental Conveyor & Equipment Company, Continental Conveyor & Equipment Company, Inc., Continental Conveyor & Equipment Co. LP.
**10-2721**,C.L. Thomas, Inc., and Haycock Petroleum
**10-2722**,Fairmont Supply Company,
**10-2723**,First Choice, Inc.
**10-2724**,Bucyrus America, Inc. fka DBT America, Inc.
**10-2725**,Joy Technologies, Inc. dba Joy Mining Machinery.
**10-2726,**Joy Technologies, Inc. dba Joy Mining Machinery.
**10-2727**,Jamax Incorporated dba Jay-Max Sales,
**10-2728**,Industrial Electrical Motor Service, Inc.
**10-2729**,Burrell Mining Products, Inc.
**10-2730**,Mac's Mining Repair Service, Inc.
**10-2731**,Minerals Equipment Company
**10-2732**,Pierce Oil Company, Inc.
**10-2734**,Tiefenbach North America, LLC
**10-2735**,Richwood Industries
**10-2736**,Rocky Mountain Power, a Division of PacifiCorp.
**10-2739**,Attco Trucking Company, Inc. dba CTC Trucking and CTC Trucking LLC.
**10-2740**,Attco Trucking Company, Inc. dba CTC Trucking and CTC Trucking LLC.
**10-2741**,Morgantown Machine & Hydraulics of Utah, Inc.

**10-2742**,United Central Industrial Supply Company
**10-2744**,Hiawatha Coal Company, Inc. and ABM, Inc.
**10-2745**,Hiawatha Coal Company , Inc. and Fidelity Funding
**10-2746**,Hiawatha Coal Company, Inc. and Security Funding
**10-2747**,Hiawatha Coal Company, Inc. and M.B.S.C., L.L.C.
**10-2748**,Hiawatha Coal Company, Inc. and World Enterprises
**10-2749**,Morgantown Machine & Hydraulics of Utah, Inc.
**10-2751**,World Enterprises, a Utah corporation; World Enterprises, a Nevada corporation; Mountain Coin Distributors, a Utah corporation; and Mountain Coin Machine Distributors, as dba of each of the defendants
**10-2755**,World Enterprises, a Utah corporation; World Enterprises, a Nevada corporation; Mountain Coin Distributors, a Utah corporation; and Mountain Coin Machine Distributors, as dba of each of the defendants,,
**10-2756** ,Golden West Industries, Inc.
**10-2757**,R.M. Wilson, Co.
**10-2758**,SMC Electrical Products, et al, Becker Mining America, Inc.
**10-2759**,Archuleta Trucking LLC
**10-2760**,The Cypher Company
**10-2764**,Latter Day Church of Christ
**10-2765**,Fidelity Funding Company
**10-2766**,Fidelity Funding Company
**10-2767**,Fidelity Funding Company
**10-2768**,Fidelity Funding Company
**10-2769**,Railco, Inc.
**10-2770**,Ninth Street Development, LLC, Ninth Street, Inc.
**10-2771**,Railco, Inc.
**10-2772**,Rachel Young, James Young, Jessica Young, Fidelity Funding Company, and Carl E. Kingston, as Trustee under Deed of Trust

**10-2773**,Coalt, Inc.
**10-2774**,N.W.R. Limited Partnership and its general partner N.U.R., Inc.
**10-2775**,Four Corners Precision Mfg. Co.
10-2776,Ninth Street Development, LLC, Ninth Street, Inc.
**10-2777**,Four Corners Precision Mfg. Co.
**10-2778**,D.U. Company, Inc.
**10-2779**,Railco, Inc.
**10-2780**,Railco, Inc.
**10-2781**,SMC Electrical Products, Inc., Becker Mining America, Inc.
**10–2782**,L.A. Miller
**10-2783**,Attco Trucking Company, Inc. dba CTC Trucking, and CTC Trucking LLC
**10-2785**,Graymont Wester US, Inc., Hiawatha Coal Company and Standard Industries, Inc.
**10-2787**,Standard Industries, Inc.
**10-2789**,America West Marketing, Inc. Hiawatha Coal Company, Inc. and Standard Industries, Inc.
**10-2791**,Coalt, Inc.
**10-2795**,Longwall Associates, Inc., Longwall Associates International, Inc.
**10-2796**,Hiawatha Coal Company, Inc. and Standard Industries
**10-2797**,Intermountain Electronics, Inc. of Price, Utah, and SMR of Utah, Inc. dba Intermountain Electronics and Communications
**10-2800**,Rose Ward dba Wards 4X4
**10-2801**,SMC Electrical Products, Inc. and Becker Mining America, Inc.
**10-2805**,Owell Precast
**10-2806**,RBI Mining Innovations, LLC
**10-2807**,Dwyer's Communications, Inc.
**10-2808**,ISCO Industrries, LLC
**10-2809**,C.O.P. Coal Development Company
**10-2810**,Security Funding Company
**10-2811**,Mac's Mining Repair Service, Inc.
**10-2813**,United States of America and C.O.P. Coal Development Company, a Utah corporation.

| | |
|---|---|
| **10-2815**,Wesco Distribution, Inc.<br>**10-2816**,Tennessee Valley Authority and Standard Industries, Inc.<br>**10-2817**,Scale Automation Systems<br>**10-2818**,National Business Management, Inc. and Ruth Brown dba "NBM"<br>**10-2819**,National Business Management, Inc. and Ruth Brown dba "NBM"<br>**10-2820**,National Business Management, Inc. and Ruth Brown dba "NBM<br>**10-2821**,Advances Weighing Systems, L.L.C.<br>**10-2822**,A-FAB Engineering, Inc.,<br>**10-2840,**Hiawatha Coal Company, Inc. and A-Fab Engineering, Inc.<br>**10-2853**,House of Pumps, Inc.<br>**10-2855**,Trimac Transportation Central, Inc.<br>**10-2865**,Standard Industries, Inc.<br>**10-2877**,Ayres & Baker Pole & Post, Inc.<br>**10-2878**,Airgas-Intermountain, Inc.<br>**10-2944**,Emery County, Utah State Tax Commission, Hiawatha Coal Company, Inc.<br>**10-3014**,Longwall West, Inc.<br>**10-3016**,Western Mine Tools, Inc.<br>**10-3017**,Dinosaur Service, Inc. dba Dinosaur Tire Service, Inc.<br>**10-3084**,SMC Electrical Products, Inc. and Becker Mining America, Inc.<br><br>        Defendants. | ORDER SIGNED |

## ORDER CONSOLIDATING ADVERSARY PROCEEDINGS FOR HEARING AND TRIAL AND ORDERING A SEPARATE TRIAL ON ISSUES RELATED TO TRACING ISSUES

In his capacity as trustee in the above-captioned bankruptcy case, Kenneth A. Rushton (Trustee) has filed numerous adversary proceedings which involve several common questions of law and fact. Pursuant to Rule 42 Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7042 Rules of Bankruptcy Procedure, in order to avoid unnecessary cost and delay and to avoid prejudice to parties the Court hereby orders the consolidation of

5

adversary proceedings for hearing and trial and further orders a separate trial on issues related to tracing of the Debtor's property or property of the bankruptcy estate. Generally the adversary proceedings involve the Trustee's claims to recover payments made to Defendants either by Debtor directly, Standard Industries, Inc. (Standard), or by National Business Management, Inc. (NBM). The Trustee maintains that the payments constitute transfers of an interest of the Debtor in property or a transfer of property of the estate because they were either made with the Debtor's funds or made with funds loaned to the Debtor by Standard and NBM.

It is therefore, ORDERED, as follows:

I. <u>Issues Consolidated for Hearing and Trial.</u>  All common questions of law and fact related to the issue of tracing proceeds of the Debtor's property or property of the bankruptcy estate are consolidated into this consolidated adversary proceeding.

II. <u>Adversary Proceedings Consolidated Into This Adversary Proceeding.</u>  For purposes of separate hearing and trial on the foregoing common questions of law and fact, the adversary proceedings listed on Exhibit A, attached hereto, are consolidated into this consolidated adversary proceeding.

III. <u>Motions to Include Additional Adversary Proceedings in This Consolidated Adversary Proceeding.</u>  If any party to any other adversary proceeding pending in the above-captioned bankruptcy case which has not been consolidated with this consolidated adversary proceeding desires to have that adversary proceeding consolidate with this consolidated adversary proceeding they may file a motion to consolidate that adversary proceeding with this consolidated adversary proceeding. All motions to include additional adversary proceedings into this consolidated adversary proceeding shall be filed by March 28, 2011.

IV. <u>Motions to be Excluded From This Consolidated Adversary Proceeding.</u>  If any party to any adversary proceeding which has been consolidated with this consolidated adversary proceeding desires to be excluded from this consolidated adversary proceeding they may file a motion to be excluded from this consolidated adversary proceeding.  All motions to be excluded from this consolidated adversary proceeding shall be filed by March 28, 2011.

V. <u>Filing of Pleadings in Consolidated Adversary Proceeding.</u>  All pleadings related to the issue of whether payments made to Defendants either by Debtor directly, Standard, or NBM constitute property of the estate because they were either made with the Debtor's funds or made with funds loaned to the Debtor by Standard and NBM and whether the Trustee can recover those payments made to Defendants either by Debtor directly, Standard, or by NBM are to be filed in this consolidated adversary proceeding.

[PAGE INTENTIONALLY LEFT BLANK]

VI. <u>Caption for Pleadings.</u> Pleadings filed in this consolidated adversary proceeding shall be captioned as shown below. The caption for pleadings filed by Plaintiff should identify the Defendants as "Defendants Re Tracing" and should not identify a particular Defendant. The caption for pleadings filed by Defendants shall contain the name of the Defendant and/or Defendants filing the pleading and the related adversary proceeding number and/or numbers.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>C. W. MINING COMPANY, *dba* Co-Op Mining Company,<br><br>      Debtor. | Bankruptcy Number: 08-20105<br><br>Chapter 7 |
| KENNETH A. RUSHTON, Chapter 7 Trustee,<br><br>      Plaintiff,<br><br>v.<br><br>DEFENDANTS RE TRACING,<br>(Defendants Name, Adversary Proceeding No.),<br><br>      Defendant. | Miscellaneous Adversary Proceeding<br>No. 11-08003<br><br>[Consolidated Proceedings Regarding Tracing Issues]<br><br>Judge R. Kimball Mosier |

VII. <u>Discovery Schedule.</u>

A. <u>Initial Disclosures.</u> Disclosures required pursuant to Fed. R. Civ. P. 26(a)(1) and Federal Rule of Bankruptcy Procedure 7026 shall be made on or before March 18, 2011. Trustee, subject to any protective order, shall comply with the requirements or Fed. R. Civ. P. 26(a)(1) by providing Defendants access to: (1) All records the Debtor turned over to the Trustee; (2) All, non-privileged documents and records the Trustee or his professionals have received and; (3) All summaries the Trustee or his professionals have presented or intend to present as exhibits in hearings in the above-captioned bankruptcy case or hearings in related adversary proceedings.

B. All factual discovery shall be completed by February 29, 2012.

C. Reports from Trustee's retained experts shall be due by May 31, 2012.

D. Reports from Defendant's retained experts shall be due by July 13, 2012.

E. All discovery including expert related discovery shall be completed by September 28, 2012.

VIII. <u>Briefing Schedule.</u> All potentially dispositve motions shall be filed on or before November 30, 2012. Opposing memoranda shall be filed and served within twenty-one (21) days after service of the motion. Reply memoranda shall be filed and served within seven (7) days after service of an opposing memoranda. Any party to this consolidated adversary proceeding may, but is not required to file responsive memoranda. Parties to this consolidated adversary proceeding may file joint memoranda or may join in a memoranda filed by another party.

    IX.  <u>Witnesses and Exhibits.</u>  Lists of witnesses and exhibits shall be filed on or before January 31, 2013.

    X.  <u>Pre-Trial Conference</u>.  A Final Pre-Trial Conference will be held on February 12, 2013 at 10:00 a.m.

---------------------------------------------END OF DOCUMENT----------------------------------------



# EXHIBIT A

| Adv. Proc. | Defendant |
| --- | --- |
| 08-2338 | Hiawatha Coal Company, Inc. |
| 09-2047 | Standard Industries, Inc., ABM, Inc. Fidelity Funding Company, Security Funding, Inc., World Enterprises, and UtahAmerican Energy, Inc. |
| 09-2248 | C.O.P. Coal Development Company, Hiawatha Coal Company, Inc. And ANR, Inc., Paul Kingston, an individual, Joseph O. Kingston, an individual, and Charles Reynolds, an individual, John David Kingston, Jr., an individual, World Enterprises, Standard Industries, Inc., Fidelity Funding Company, Security Funding, Inc., ABM, Inc. |
| 09-2375 | C.O.P. Coal Development Company, Hiawatha Coal Company, Inc. ABM, Inc., World Enterprises, Standard Industries, Inc., Fidelity Funding Company, Security Funding, Inc., Railco, Inc., A-Fab Engineering, Inc., Latter Day Church of Christ aka Latter Day Church of Jesus Christ, Intermountain Power Agency, Commonwealth Coal Services, Inc., Nevada Power Company and Tennessee Valley Authority. |
| 09-2382 | Woodbury & Kesler, P.C., a Utah Professional Corporation; Russell S. Walker, an individual |
| 10-2704 | PPMC, Inc. |
| 10-2715 | Applied Industrial Technologies, Inc. |
| 10-2717 | The Cypher Company, Inc. |
| 10-2718 | Carl E. Kingston |
| 10-2719 | ABM, Inc. |
| 10-2720 | Continental Conveyor & Equipment Company, Continental Conveyor & Equipment Company, Inc., Continental Conveyor & Equipment Co. LP. |
| 10-2721 | C.L. Thomas, Inc., and Haycock Petroleum |
| 10-2722 | Fairmont Supply Company, |
| 10-2723 | First Choice, Inc. |
| 10-2724 | Bucyrus America, Inc. fka DBT America, Inc. |
| 10-2725 | Joy Technologies, Inc. dba Joy Mining Machinery. |
| 10-2726 | Joy Technologies, Inc. dba Joy Mining Machinery. |

| Adv. Proc. | Defendant |
|---|---|
| 10-2727 | Jamax Incorporated dba Jay-Max Sales |
| 10-2728 | Industrial Electrical Motor Service, Inc. |
| 10-2729 | Burrell Mining Products, Inc. |
| 10-2730 | Mac's Mining Repair Service, Inc. |
| 10-2731 | Minerals Equipment Company |
| 10-2732 | Pierce Oil Company, Inc. |
| 10-2734 | Tiefenbach North America, LLC |
| 10-2735 | Richwood Industries |
| 10-2736 | Rocky Mountain Power, a Division of PacifiCorp. |
| 10-2739 | Attco Trucking Company, Inc. dba CTC Trucking and CTC Trucking LLC. |
| 10-2740 | Attco Trucking Company, Inc. dba CTC Trucking and CTC Trucking LLC. |
| 10-2741 | Morgantown Machine & Hydraulics of Utah, Inc. |
| 10-2742 | United Central Industrial Supply Company |
| 10-2744 | Hiawatha Coal Company, Inc. and ABM, Inc. |
| 10-2745 | Hiawatha Coal Company, Inc. and Fidelity Funding |
| 10-2746 | Hiawatha Coal Company, Inc. and Security Funding |
| 10-2747 | Hiawatha Coal Company, Inc. and M.B.S.C., L.L.C. |
| 10-2748 | Hiawatha Coal Company, Inc. and World Enterprises |
| 10-2749 | Morgantown Machine & Hydraulics of Utah, Inc. |
| 10-2751 | World Enterprises, a Utah corporation; World Enterprises, a Nevada corporation; Mountain Coin Distributors, a Utah corporation; and Mountain Coin Machine Distributors, as dba of each of the defendants |
| 10-2755 | World Enterprises, a Utah corporation; World Enterprises, a Nevada corporation; Mountain Coin Distributors, a Utah corporation; and Mountain Coin Machine Distributors, as dba of each of the defendants |
| 10-2756 | Golden West Industries, Inc. |
| 10-2757 | R.M. Wilson, Co. |

| Adv. Proc. | Defendant |
| --- | --- |
| 10-2758 | SMC Electrical Products, et al, Becker Mining America, Inc. |
| 10-2759 | Archuleta Trucking LLC |
| 10-2760 | The Cypher Company |
| 10-2764 | Latter Day Church of Christ |
| 10-2765 | Fidelity Funding Company |
| 10-2766 | Fidelity Funding Company |
| 10-2767 | Fidelity Funding Company |
| 10-2768 | Fidelity Funding Company |
| 10-2769 | Railco, Inc. |
| 10-2770 | Ninth Street Development, LLC, Ninth Street, Inc. |
| 10-2771 | Railco, Inc. |
| 10-2772 | Rachel Young, James Young, Jessica Young, Fidelity Funding Company, and Carl E. Kingston, as Trustee under Deed of Trust |
| 10-2773 | Coalt, Inc. |
| 10-2774 | N.W.R. Limited Partnership and its general partner N.U.R., Inc. |
| 10-2775 | Four Corners Precision Mfg. Co. |
| 10-2776 | Ninth Street Development, LLC, Ninth Street, Inc. |
| 10-2777 | Four Corners Precision Mfg. Co. |
| 10-2778 | D.U. Company, Inc. |
| 10-2779 | Railco, Inc. |
| 10-2780 | Railco, Inc. |
| 10-2781 | SMC Electrical Products, Inc., Becker Mining America, Inc. |
| 10–2782 | L.A. Miller |
| 10-2783 | Attco Trucking Company, Inc. dba CTC Trucking, and CTC Trucking LLC |
| 10-2785 | Graymont Wester US, Inc., Hiawatha Coal Company and Standard Industries, Inc. |

| Adv. Proc. | Defendant |
|---|---|
| 10-2787 | Standard Industries, Inc. |
| 10-2789 | America West Marketing, Inc. Hiawatha Coal Company, Inc. and Standard Industries, Inc. |
| 10-2791 | Coalt, Inc. |
| 10-2795 | Longwall Associates, Inc., Longwall Associates International, Inc. |
| 10-2796 | Hiawatha Coal Company, Inc. and Standard Industries |
| 10-2797 | Intermountain Electronics, Inc. of Price, Utah, and SMR of Utah, Inc. dba Intermountain Electronics and Communications |
| 10-2800 | Rose Ward dba Wards 4X4 |
| 10-2801 | SMC Electrical Products, Inc. and Becker Mining America, Inc. |
| 10-2805 | Owell Precast |
| 10-2806 | RBI Mining Innovations, LLC |
| 10-2807 | Dwyer's Communications, Inc. |
| 10-2808 | ISCO Industrries, LLC |
| 10-2809 | C.O.P. Coal Development Company |
| 10-2810 | Security Funding Company |
| 10-2811 | Mac's Mining Repair Service, Inc. |
| 10-2813 | United States of America and C.O.P. Coal Development Company, a Utah corporation. |
| 10-2815 | Wesco Distribution, Inc. |
| 10-2816 | Tennessee Valley Authority and Standard Industries, Inc. |
| 10-2817 | Scale Automation Systems |
| 10-2818 | National Business Management, Inc. and Ruth Brown dba "NBM" |
| 10-2819 | National Business Management, Inc. and Ruth Brown dba "NBM" |
| 10-2820 | National Business Management, Inc. and Ruth Brown dba "NBM |
| 10-2821 | Advances Weighing Systems, L.L.C. |

14

| Adv. Proc. | Defendant |
| --- | --- |
| 10-2822 | A-FAB Engineering, Inc. |
| 10-2840 | Hiawatha Coal Company, Inc. and A-Fab Engineering, Inc. |
| 10-2853 | House of Pumps, Inc. |
| 10-2855 | Trimac Transportation Central, Inc. |
| 10-2865 | Standard Industries, Inc. |
| 10-2877 | Ayres & Baker Pole & Post, Inc. |
| 10-2878 | Airgas-Intermountain, Inc. |
| 10-2944 | Emery County, Utah State Tax Commission, Hiawatha Coal Company, Inc. |
| 10-3014 | Longwall West, Inc. |
| 10-3016 | Western Mine Tools, Inc. |
| 10-3017 | Dinosaur Service, Inc. dba Dinosaur Tire Service, Inc. |
| 10-3084 | SMC Electrical Products, Inc. and Becker Mining America, Inc. |