**The below described is SIGNED.**

Dated: February 09, 2012 

                      **R. KIMBALL MOSIER**
                      **U.S. Bankruptcy Judge**



_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
### Central Division

| | |
|---|---|
| In re<br><br>C.W. MINING COMPANY, dba Co-Op Mining Company,<br><br>        Debtor. | Bankruptcy No. 08-20105 RKM<br>(Chapter 7) |
| KENNETH A. RUSHTON, Chapter 7 Trustee,<br><br>        Plaintiff,<br>  vs.<br><br>DEFENDANTS RE TRACING,<br><br>        Defendants. | **Miscellaneous Adversary Proceeding Nos. 11-08003**<br><br>[Consolidated Proceedings Regarding Tracing Issues] |
| KENNETH A. RUSHTON, Chapter 7 Trustee,<br><br>        Plaintiff,<br>  vs.<br><br>DEFENDANTS RE EQUITABLE TOLLING,<br><br>        Defendants. | **Miscellaneous Adversary Proceeding Nos. 11-08004**<br><br>[Consolidated Proceedings Regarding Equitable Tolling Issues]<br><br>Judge R. Kimball Mosier<br><br>[Filed Electronically] |

1

# ORDER STRIKING CURRENT SCHEDULING ORDERS AND ESTABLISHING STATUS CONFERENCE

___

On January 25, 2012, the Court held a status conference in Miscellaneous Adversary Proceeding 11-8002. The Trustee was represented by Michael N. Zundel, Daniel Dansie, and Landon Sullivan. Kim Wilson, David Pinkston, and P. Matthew Cox appeared on behalf of ABM, *et al.* David Kingston appeared on behalf of A-Fab, *et al.* Carl Kingston appeared on behalf of Kingston, *et al.* Jeffery L. Shields appeared on behalf of SMC Electrical. Steve Lewis appeared on behalf of Utah State Tax Commission. Quinn Sperry appeared on behalf of Joy Technology, *et al.* Mark Dykes appeared on behalf of Intermountain Power. Robert Scott appeared on behalf of Tennessee Valley Authority. Peter Guyon appeared on behalf of Hiawatha Coal Company.

During the January 25, 2012, hearing, the Trustee's counsel made an oral motion to strike the current scheduling orders in Miscellaneous Adversary Proceedings 11-8003 and 11-8004. The Court questioned the various defendants in attendance at the hearing and those defendants agreed that the scheduling orders in Miscellaneous Adversary Proceedings 11-8003 and 11-8004 should be stricken. Based on the agreement of the parties attending the January 25, 2012 hearing, and finding good cause otherwise supporting the Trustee's motion, the Court hereby:

ORDERS that the current scheduling orders in Miscellaneous Adversary Proceedings 11-8003 and 11-8004 be, and hereby are, stricken; and

FURTHER ORDERS that a status conference to discuss scheduling in Miscellaneous Adversary Proceedings 11-8003 and 11-8004 shall be held before this Court on September 18, 2012, and 2:00 p.m.

_____

End of Document



## **CLERK'S CERTIFICATE**

I hereby certify that on the _____ day of January, 2012, I electronically filed the foregoing using the CM/ECF System, which sent a notice of electronic filing to all parties whose names appear on the electronic mail notice list for this case.

 

 

Clerk of the United Stated Bankruptcy Court

4845-6202-4206, v. 2